IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREAT AMERICAN INSURANCE COMPANY,

    Plaintiff

vs.                                                     No. 11CV1129

RICHARD A. CRABTREE; LORETTA MARES;
MICHAEL GALLEGOS; STEVEN R. GALLEGOS;
NET LINK, LLC; MICHAEL & ASSOICATES
PROGRAMMING AND ENGINEERING CORP.;
COMPLIANCE PROCESS INNOVATIONS
SOLUTIONS LLC A/K/A COMPIS; VESA HEALTH
LLC; and WORLD HCS, LLC,

    Defendants.

## NOTICE OF UNAVAILABILITY

    B.J. Crow will be unavailable and out of the country from January 19, 2013 through January 26, 2013 to attend any hearings, depositions or trials.

                                              Respectfully Submitted,

                                              <u>/s/ B.J. Crow</u>
                                              B.J. Crow
                                              Post Office Box 25186
                                              Albuquerque, N.M.  87125-5186
                                              (505) 217-2680
                                              Fax: (505) 217-2681

I hereby certify that a true
correct copy of the foregoing
was sent this 18th day of
December, 2012 through the CM/ECF website,
to all parties of record.

All counsel listed through the CM/ECF Website

<u>/s/ B.J. Crow</u>
B.J. Crow
Bowles & Crow