IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GREAT AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.                          No. CIV 11-1129 JB/KBM

RICHARD A. CRABTREE, et al.,

    Defendants.

## ORDER AMENDING SCHEDULING ORDER [Doc. 76]

THIS MATTER comes before the Court on the Parties' Joint Motion to Amend Scheduling Order. Having reviewed the Motion, and being otherwise familiar with all relevant facts and issues, the Court hereby GRANTS the Joint Motion. The current Scheduling Order [Doc. 76] in this matter is hereby AMENDED as follows:

1) The current trial setting, Pretrial Conference and motion hearing are VACATED.

2) The current deadlines are amended as follows:

    a. Fact Discovery Deadline:    April 6, 2013

    b. Discovery Motions Deadline:    April 26, 2013

    c. Plaintiff's Expert Disclosure:    February 5, 2013

    d. Defendants' Expert Disclosure:    March 7, 2013

    e. Pretrial Motion's Deadline:    May 6, 2013

    f. Pretrial Order (Plaintiff's Portion)    June 20, 2013

    g. Pretrial Order (Defendants' Portion)    June 27, 2013

3) A motion hearing is scheduled in this matter on June 12, 2013 at 1:30 p.m.

4) This matter is set for a Pretrial Conference on June 28, 2013 at 1:30 p.m.

5) This matter is set for a Bench Trial on a trailing calendar beginning on July 15, 2013 at 9:00 a.m.

6) All dates and deadlines not explicitly amended by this Order shall remain in effect and binding upon the parties.

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

FOSTER & MOSS, P.C.

/s/ Darin M. Foster
620 Roma Ave., NW
Albuquerque, NM  87102
505-433-5705
darin@fostermoss.com

Approved by:

ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTROM, SCHOENBURG & BIENVENU, LLP

/s/ Kristina Martinez
Richard W. Hughes
John C. Bienvenu
Kristina E. Martinez
P.O. Box 8180
Santa Fe, N.M.  87504-8180
505-988-8004
rwhughes@rothsteinlaw.com
jbienvenu@rothsteinlaw.com
kemartinez@rothsteinlaw.com
*Counsel for Plaintiff*

BOWLES & CROW

/s/ B.J. Crow
B.J. Crow
P. O. Box 25186
Albuquerque, N.M. 87125-0186
505-217-2680
bj@bowlesandcrow.com
*Counsel for Defendant Richard A. Crabtree*